**ORDERED** in the Southern District of Florida on _Jan 5, 2015_



Laurel Myerson Isicoff, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In RE:                                  ]        Chapter 7
                                        ]        Case No.: 14-24989-LMI
Porchia L. Durham,                      ]
                          Debtor.       ]
_____]                    (mi)

### ORDER RE-OPEN Reopening CHAPTER 7 CASE

This matter came before the Court, after a hearing held on December 29, 2014, upon the

Debtor's Motion to Re-Open Chapter 7 Case, ECF No. 19, of the above-captioned case, which case

had been discharged by prior order of the Court

Upon consideration of the Debtor's Motion and the presentation at the hearing, if *mi*

~~applicable~~, the Court ORDERS as follows:

1.    Debtor's Motion to Re-Open Chapter 7 Case is hereby granted.

2.    Pursuant to 11 U.S.C. 350(b), this case is re-opened and shall proceed in order to     (mi) .

      ~~accord Debtor her relief requested.~~ *consider the relief requested by the*

      *Debtor.*                    # # #

Submitted by:
Stephen P. Lewis, Esq.
Attorney for Debtor Porchia L. Durham
11285 S.W. 211th Street, Suite 302
Miami, FL 33189
Phone: (305) 438-3802
Fax: (305) 232-3616

Stephen P. Lewis, Attorney is directed to mail a conformed
copy of this Order to all interested parties immediately upon receipt
of this Order and shall file a certificate of service with the Clerk of the Court